ORIGINAL

FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0379

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0379

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CLEONE BLUESKY SHAWL,

    Defendant and Appellant.

FILED

JUL 1 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for Cleone Bluesky Shawl from the order entered on March 3, 2023, by the Thirteenth Judicial District Court, Yellowstone County, in Cause No. DC-21-1132. The Attorney General's Office does not object to this motion.

Wright asserts that Shawl's judgment was provided to Office of Public Defender, but her trial counsel was not notified about entry of the written judgment until the filing deadline had passed because of a case management error.

Wright argues that it would be unjust to deny Shawl the right to appeal when the untimeliness of the Notice of Appeal was caused by an error or oversight out of Shawl's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender shall have 30 days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a

Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 18th day of July, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices